█ MARETH DEVELOPMENT CORP., Appellant, v MAURICE J. O'CONNELL et al., Constituting the Planning Board of the Town of Islip, Respondents. In a proceeding pursuant to CPLR article 78 *inter alia* to review respondents' determination disapproving petitioner's proposed subdivision plat, petitioner appeals from so much of a judgment of the Supreme Court, Suffolk County, entered December 4, 1975, as, upon renewal, adhered to a prior determination which granted respondents' motion to dismiss the proceeding on the ground that it was barred by the passage of time, and dismissed the proceeding. Proceeding remitted to Special Term to hear and report as to when respondents' decision of September 5, 1974 was filed. Special Term is to file its report with all convenient speed. The appeal is held in abeyance in the interim. Respondents have failed to establish the date on which their decision of September 5, 1974, disapproving petitioner's application, was *filed* in their office so as to commence the running of the applicable Statute of Limitations (see Town Law, § 282). Latham, Acting P. J., Damiani, Christ, Shapiro and Titone, JJ., concur.

█ EDWARD McGOWAN, Respondent, v PETER COHALAN et al., Constituting the Town Board of the Township of Islip, Appellants.—In an action for a declaratory judgment and injunctive relief, defendants appeal from a judgment of the Supreme Court, Suffolk County, entered May 27, 1975, after a nonjury trial, which, *inter alia,* declared a certain zoning ordinance unconstitutional in its application to plaintiff's property. Judgment reversed, on the law and the facts, with costs, and action remanded to Special Term for entry of a judgment declaring the subject ordinance constitutional as applied to the property in question, and otherwise dismissing the complaint. In our opinion, plaintiff failed to meet his burden of proving that the application of the ordinance to the subject premises is arbitrary and unreasonable (see *Dauernheim, Inc. v Town Bd. of Town of Hempstead,* 33 NY2d 468; *Williams v Town of Oyster Bay,* 32 NY2d 78). Hopkins, Acting P. J., Margett, Damiani, Christ and Hawkins, JJ., concur.